| | |
|---|---|
| 1 | MATTHEW J. MOORE (*pro hac vice* pending) |
|   | matthew.moore@lw.com |
| 2 | ADAM M. GREENFIELD (*pro hac vice* pending) |
|   | adam.greenfield@lw.com |
| 3 | LATHAM & WATKINS LLP |
|   | 555 Eleventh Street, NW, Suite 1000 |
| 4 | Washington, DC  20004 |
|   | Tel: (202) 637-2200; Fax: (202) 637-2201 |
| 5 | |
|   | GABRIEL S. GROSS (Bar No. 254672) |
| 6 | gabe.gross@lw.com |
|   | LATHAM & WATKINS LLP |
| 7 | 140 Scott Drive |
|   | Menlo Park, California 94025 |
| 8 | Tel: (650) 328-4600; Fax: (650) 463-2600 |
| 9 | *Attorneys for Apple Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO AND SAN JOSE DIVISIONS

| | |
|---|---|
| GLOBAL TOUCH SOLUTIONS, LLC, | CASE NO. 3:15-CV-02746-JD |
| Plaintiff, | |
| v. | |
| TOSHIBA CORPORATION, and TOSHIBA AMERICA INFORMATION SYSTEMS INC., | |
| Defendants. | |
| GLOBAL TOUCH SOLUTIONS, LLC, | CASE NO. 3:15-CV-02747-EDL |
| Plaintiff, | |
| v. | |
| VIZIO, INC., | |
| Defendant. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

APPLE'S NOTICE OF PENDENCY OF OTHER ACTIONS
INVOLVING SAME PATENT
CASE NOS. 3:15- CV-02746, -2747, -2749, -2750, & 5:15-CV-02748


| | |
|---|---|
| GLOBAL TOUCH SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. 5:15-CV-02748-HRL |
| GLOBAL TOUCH SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>Defendant. | CASE NO. 3:15-CV-15-02749-JCS |
| GLOBAL TOUCH SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, NOKIA CORPORATION and NOKIA USA INC.,<br><br>Defendants. | CASE NO. 3:15-CV-02750-EDL |

### APPLE INC.'S NOTICE OF PENDENCY OF OTHER ACTIONS INVOLVING SAME PATENT (Pat. L.R. 2-1(a))

Pursuant to Patent Local Rule 2-1(a) and the Court's instruction on July 2, 2015, Apple Inc. (Defendant in Case No. 5:15-CV-02748-HRL) hereby files this Notice of Pendency of Other Actions Involving Same Patent. The five actions listed below were filed within two years of each other, are pending in the Northern District of California, were filed by the same plaintiff, and involve some or all of the same patents as the action that Plaintiff Global Touch Solutions, LLC filed against Apple. All five related actions were originally filed in the Eastern District of

2

APPLE'S NOTICE OF PENDENCY OF OTHER ACTIONS
INVOLVING SAME PATENT
CASE NOS. 3:15- CV-02746, -2747, -2749, -2750, & 5:15-CV-02748

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

1  Virginia.

2  - *Global Touch Solutions, LLC v. Toshiba Corporation, et al.,* No. 3:15-CV-02746-JD (filed in this Court June 18, 2015 after transfer from E.D. Va.);

4  - *Global Touch Solutions, LLC v. VIZIO*, Inc., No. 3:15-CV-02747-EDL (filed in this Court June 18, 2015 after transfer from E.D. Va.);

5  - *Global Touch Solutions, LLC v. Apple Inc.*, No. 5:15-CV-02748-HRL (filed in this Court June 30, 2015 after transfer from E.D. Va.);

7  - *Global Touch Solutions, LLC v. Motorola Mobility LLC,* No. 3:15-CV-02749-JCS (filed in this Court June 18, 2015 after transfer from E.D. Va.); and

8  - *Global Touch Solutions, LLC v. Microsoft Corporation, et al.*, No. 3:15-CV-02750-EDL (filed in this Court June 18, 2015 after transfer from E.D. Va.).

Dated:  July 2, 2015

Respectfully submitted,

LATHAM & WATKINS LLP

By:  /s/ Gabriel S. Gross
Gabriel S. Gross
Matthew J. Moore (*pro hac vice* pending)
Adam M. Greenfield (*pro hac vice* pending)

Attorneys for APPLE INC.

3

APPLE'S NOTICE OF PENDENCY OF OTHER ACTIONS
INVOLVING SAME PATENT
CASE NOS. 3:15- CV-02746, -2747, -2749, -2750, & 5:15-CV-02748