UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL TOUCH SOLUTIONS, LLC,<br>    Plaintiff,<br>    v.<br>TOSHIBA CORPORATION, et al.,<br>    Defendants. | Case Nos. 15-cv-02746-JD; 15-cv-02747-JD; 15-cv-02748-JD; 15-cv-02749-JD; 15-cv-02750-JD<br><br>**ORDER TO SHOW CAUSE** |
| GLOBAL TOUCH SOLUTIONS, LLC,<br>    Plaintiff,<br>    v.<br>VIZIO INC.,<br>    Defendant. | |
| GLOBAL TOUCH SOLUTIONS, LLC,<br>    Plaintiff,<br>    v.<br>APPLE INC.,<br>    Defendant. | |
| GLOBAL TOUCH SOLUTIONS, LLC,<br>    Plaintiff,<br>    v.<br>MOTOROLA MOBILITY LLC,<br>    Defendant. | |

| | |
|---|---|
| GLOBAL TOUCH SOLUTIONS, LLC, | |
| Plaintiff, | |
| v. | |
| MICROSOFT CORPORATION, et al., | |
| Defendants. | |

On May 8, 2017, the Court directed plaintiff Global Touch Solutions, LLC to submit by May 11, 2017, a specific list of claims for each patent that the PTAB invalidated. *See* Dkt. Nos. 86, 88, 89, 108, 112. Global Touch Solutions failed to respond in any way. These cases have been pending since 2014 and this failure unnecessarily delays the termination of these actions. Global Touch Solutions, LLC and its counsel are ordered to show cause in writing why the Court should not impose monetary or other sanctions, including attorney discipline, for the failure to respond to the May 8, 2017, order. The response is due by **5:00 p.m. on Monday, May 22, 2017**.

**IT IS SO ORDERED.**

Dated: May 15, 2017

JAMES DONATO
United States District Judge

2