UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL TOUCH SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TOSHIBA CORPORATION, et al.,<br><br>Defendants. | Case Nos. 15-cv-02746-JD; 15-cv-02747-JD; 15-cv-02748-JD; 15-cv-02749-JD; 15-cv-02750-JD<br><br>**ORDER RE SANCTIONS** |
| GLOBAL TOUCH SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VIZIO INC.,<br><br>Defendant. | |
| GLOBAL TOUCH SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | |
| GLOBAL TOUCH SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>Defendant. | |

| | |
|---|---|
| GLOBAL TOUCH SOLUTIONS, LLC, | |
| Plaintiff, | |
| v. | |
| MICROSOFT CORPORATION, et al., | |
| Defendants. | |

On May 8, 2017, the Court directed plaintiff Global Touch Solutions, LLC to submit by May 11, 2017, a specific list of claims for each patent that the PTAB invalidated so that the Court could enter final judgment. Dkt. Nos. 86, 88, 89, 108, 112. Global Touch Solutions failed to respond in any way. On May 15, 2017, the Court directed Global Touch Solutions and its counsel to show cause in writing by May 22, 2017, "why the Court should not impose monetary or other sanctions, including attorney discipline, for the failure to respond." Dkt. Nos. 87, 89, 90, 109, 113. Global Touch Solutions and counsel, Marjie D. Barrows, again failed to respond.

Our District's Local Rules set the standards required of counsel authorized to practice here. *See, e.g.*, Civil Local Rule 11-4(a). These standards include adhering to the Court's orders and properly discharging counsel's professional obligations to her clients, among other basic requirements.

The Court has broad discretion to impose sanctions for conduct inconsistent with these standards. The Ninth Circuit has recognized that monetary sanctions are appropriate for failure to follow local rules and repeated "flouting of court rules." *See Washburn v. Morgado*, 332 F. App'x 380, 383 (9th Cir. 2009) (internal quotation omitted).

Consequently, in light of Barrows' persistent disregard for the Court's orders, she is sanctioned in the amount of **$250.00**, to be paid to the Clerk of the Court, Office of the Clerk, United States District Court, 450 Golden Gate Avenue, San Francisco, CA 94102-3489, **by June 23, 2017**. Barrows must file proof of payment within three days of payment.

//

//

//

2

For the same reason, the Court refers Barrows to the District's Standing Committee on Professional Conduct for attorney disciplinary proceedings. Civil Local Rule 11-6(a)(1).

**IT IS SO ORDERED.**

Dated: May 24, 2017

JAMES DONATO
United States District Judge